IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAUN FAULEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 15 CV 9406 |
| v. | ) |
| | ) Hon. Charles R. Norgle |
| FETCH, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court has reviewed the parties' joint status report. The Court agrees with Plaintiff's position that the case should remain stayed. Accordingly, the case remains stayed pending the later of (1) the FCC's final ruling on Petplan's Petition for Reconsideration pursuant to the stay entered June 6, 2017; (2) the outcome of the class action plaintiffs' petition for writ of certiorari in the Bais Yaakov appeal, and if granted, the resolution of the merits of that appeal; (3) the resolution of the appeal in Brodsky v. HumanaDental Ins. Co., No. 17-3067 (7th Cir.) where the Seventh Circuit accepted Rule 23(f) review on October 5, 2017 of the district court's order decertifying a class based on an FCC "waiver" in Brodsky v. HumanaDental Ins. Co., 2017 WL 3704824, at *8 (N.D. Ill. Aug. 28, 2017); and (4) the resolution of Plaintiff's Rule 23(f) petition filed with the Seventh Circuit on November 17, 2017, from the district court's denial of the class certification based on the D.C. Circuit's decision in the Bais Yaakov appeal in Alpha Tech Pet, Inc. v. Essendant, Inc., 2017 WL 5069946, at *3 (N.D. Ill. Nov. 3, 2017).

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: November 30, 2017